IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DOCTORS HOSPITAL OF AUGUSTA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LESTER TARLTON, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. CV113-196 |

## STIPULATION REGARDING CITIZENSHIP OF PLAINTIFF

COME NOW Plaintiff and Defendant and, in response to the Court's Order of November 6, 2013, hereby stipulate and agree that:

1. The sole member and owner of Plaintiff Doctors Hospital of Augusta, LLC is Galen Holdco, LLC;

2. Galen Holdco, LLC is incorporated in the State of Delaware;

3. The principal place of business of Galen Holdco, LLC is in Davidson County, Tennessee;

4. The sole member and owner of Galen Holdco, LLC is Healthtrust, Inc. – The Hospital Company;

5. Healthtrust, Inc. – The Hospital Company is incorporated in the State of Delaware; and

6. The principal place of business of Healthtrust, Inc. – The Hospital Company is in Davidson County, Tennessee.

Accordingly, the parties stipulate that Doctors Hospital of Augusta, LLC is a citizen of the states of Georgia, Delaware and Tennessee for purposes of determining diversity of citizenship under 28 USC §§ 1332 and 1441.

This 15th day of November, 2013.

STIPULATED AND AGREED TO BY:

N. Kenneth Daniel
[by Bradley S. Wolff with express permission]
Georgia Bar No. 204250
Attorney for Plaintiff
2907 Professional Parkway
Augusta, GA 30907
(706) 860-3747

Bradley S. Wolff
Georgia Bar No. 773388
Attorney for Defendant
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree St., N.E., Suite 300
Atlanta, GA 30309
(404) 874-8800

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the within and foregoing *STIPULATION REGARDING CITIZENSHIP OF PLAINTIFF* by depositing a copy of said pleading in the United States Mail with proper postage affixed thereto to ensure proper delivery and addressed as follows:

> N. Kenneth Daniel, Esquire
> 2907 Professional Parkway
> Augusta, GA 30907

This 15th day of November, 2013.

> Respectfully submitted,
>
> **SWIFT, CURRIE, McGHEE & HIERS, LLP**
>
> By: _____
> Bradley S. Wolff
> Georgia Bar No. 773388
> Attorney for Defendant

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
(404) 874-8800
(404) 888-6199 [facsimile]

2692526v.1